```
James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
```

Attorneys for Plaintiffs

**FILED**

APR 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUY DEAN FARLO, individually and doing business as FURLO & FURLO, <br><br> Defendant. | Case No.: CV 03-05130 MJJ <br><br> **STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFFS' REMAINING CAUSES OF ACTION; AND ORDER THEREON** |

Plaintiffs and Defendant, as shown by the signatures, below, hereby stipulate to a dismissal with prejudice of plaintiffs' remaining causes of action herein.

DATED: April 13, 2006

We so stipulate,

By _____
Bruce K. Leigh
STANTON, KAY & WATSON, LLP
Attorneys for Plaintiffs

DATED: April 19, 2006

I so stipulate,

By _____
Guy Dean Furlo, individually and
dba Furlo & Furlo
Defendant

-1-

STIPULATION TO DISMISS REMAINING CAUSES OF ACTION; ORDER                CASE NO. CV 03-05130 MJJ

1 | **IT IS SO ORDERED.**

2 | DATED: April 27, 2006

_____
Martin J. Jenkins, Judge
United States District Court

20 | F:\Cases\30\32.191 Furlo\pleadings\Stip to dismiss.doc

-2-
STIPULATION TO DISMISS REMAINING CAUSES OF ACTION; ORDER        CASE NO. CV 03-05130 MJJ